UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/23/2026 09:30 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:26-bk-03508-BAJ** | **13** | **07/31/2026** |

**Chapter 13**

**DEBTOR:** Saturnina Terrero

**DEBTOR ATTY:** **Jose Blanco**

**TRUSTEE:** **Douglas Neway**

**HEARING:**

Confirmation Hearing

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing

B/C RESCHEDULED TO NOVEMBER 18 @ 9:30 AOCNFN
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.